# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GREGORY P. JACKSON

NO. 2021 KW 0077

**MARCH 15, 2021**

---

In Re:    Gregory P. Jackson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-21-00054.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.** The record of the East Baton Rouge Parish Clerk of Court shows that on January 6, 2021, the State filed a bill of information charging relator with aggravated battery with a knife and domestic abuse aggravated assault with a knife, felonies in violation of La. R.S. 14:34(A) and 14:37.7(A). It is well-settled that if the bill of information is filed after the statutory period has elapsed, but before the hearing is held on a motion for release of bond obligation, the defendant is no longer entitled to be released. See **State v. Varnall,** 539 So.2d 45 (La. 1989) (*per curiam*). Furthermore, the Clerk of Court of East Baton Rouge Parish has no record of a pro se motion for release of bond obligation.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT